IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 06-14174-CIV-MOORE/WHITE
03-14043-CR-MOORE

RICHARD ANTHONY MANDILE,

        Movant,

vs.

**CLOSED CIVIL CASE**

UNITED STATES OF AMERICA,

        Respondent.

_____/

## ORDER ADOPTING IN PART MAGISTRATE'S REPORT AND DENYING PETITIONER'S MOTION FOR HABEAS CORPUS

THIS CAUSE came before the Court upon Movant's pro se Motion to Vacate Pursuant to 28 U.S.C. § 2255 (DE #1).

THIS MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge. Magistrate Judge White issued a Report and Recommendation (DE #8), recommending that Movant's pro se Motion to Vacate Pursuant to 28 U.S.C. § 2255 (DE #1) be DENIED. Movant filed Objections to Magistrate Judge White's Report (DE #9).

After a *de novo* review of the record, it is

ORDERED AND ADJUDGED that Magistrate Judge White's Report (DE #8) is ADOPTED IN PART. The Court adopts all of Magistrate Judge White's findings and conclusions. The Court corrects the following scrivener's errors:

1. On Page 2 of Magistrate Judge White's Report (DE #8), each of the four (4) instances of the Movant's last name in the respective cases should be corrected from "Mandible" to "Mandile";

2. On Page 8 of Magistrate Judge White's Report (DE #8), the second clause of the last sentence of the second full paragraph should read "more or less severe" instead of "or more less."

Accordingly, it is

ORDERED AND ADJUDGED that Movant's pro se Motion to Vacate Pursuant to 28 U.S.C. § 2255 (DE #1) is DENIED.

The Clerk of Court is directed to CLOSE this case. All other pending motions not yet ruled upon are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of October, 2006.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc: All counsel of record

U.S. Magistrate Judge White

Richard Anthony Mandile, Pro Se
#07235-155
U.S. Penitentiary
P.O. Box 2099
Pollock, LA 71467